# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
URS Energy & Construction, Inc. ) ASBCA Nos. 61255, 61256, 61257
)
Under Contract No. FA3002-06-D-0001 )

APPEARANCES FOR THE APPELLANT: Nicole J. Owren-Wiest, Esq.
Elizabeth A. Buehler, Esq.
Crowell & Moring LLP
Washington, DC

APPEARANCE FOR THE GOVERNMENT: Arthur M. Taylor, Esq.
DCMA Chief Trial Attorney
Defense Contract Management Agency
Chantilly, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: March 15, 2019

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 61255, 61256, 61257, Appeals of URS Energy & Construction, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals